IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAWRENCE E. JONES, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3235 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The court has received a pleading from the petitioner, Lawrence E. Jones, entitled "Answer to the Motion for the Respondent's Summary Judgment." Attached to the pleading is a document which appears to be a psychiatric evaluation. Because that attachment contains confidential and personal data, the Clerk of Court shall file the attachment under seal.[1]

SO ORDERED.

DATED this 16th day of November, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge

---

[1] The "Answer to the Motion for the Respondent's Summary Judgment" need not be filed under seal, only the attachment (i.e., the psychiatric evaluation).